```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

VICTOR MORALES,

        Plaintiff,
v.                                 Case No. 8:12-cv-849-T-33TGW

SEGUROS MULTIPLES COOPERATIVA DE
SEGUROS MULTIPLES DE PUERTO RICO,

        Defendant.
_____/
```

**ORDER**

This matter comes before the Court pursuant to the Notice of Selection of Mediator (Doc. # 22) filed on April 9, 2013. The parties have selected a mediator, Rex E. Delcamp, Esq. who is not listed on the Certified Mediator List of the Middle District of Florida. Local Rules 9.01 and 9.02 of the Middle District of Florida explain that only mediators certified by the Chief Judge of the Middle District of Florida may preside as mediators over court-annexed mediation.[1]

Accordingly, the parties are directed to select a Middle District of Florida Certified Mediator to preside over the mediation of their case and are further directed to submit to

---

[1] The parties are certainly free to submit their case to mediation with Attorney Delcamp at any time; however, mediation with Attorney Delcamp does not relieve the parties of the requirement that they submit this case to court-annexed mediation presided over by a Middle District of Florida certified mediator.

this Court an amended Notice of Mediation. Counsel may access the Certified Mediator List on this Court's website at www.flmd.uscourts.gov. The Mediator List is located in the "Attorney Resources" section of the website.

The parties shall file their Amended Notice of Mediation on or before April 29, 2013. That Notice shall specify the mediator as well as the date, time, and location of the mediation conference. The deadline to mediate in this case is January 3, 2014.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties are directed to file an Amended Notice of Mediation by April 29, 2013, stating the name of the certified mediator as well as the date, time, and location of the mediation conference.

(2) The deadline to mediate is January 3, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this <u>12th</u> day of April 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record